# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133379

CAROL ANN WESCON,
      Plaintiff-Appellant,

v

                                 SC: 133379
                                 COA: 272059

LAWRENCE JEROME GOEBEL,
      Defendant-Appellee.
                                 Wayne CC: 05-518313-NI

_____/

On order of the Court, the application for leave to appeal the February 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007

d0711

                                 Clerk